IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 96-41213
Conference Calendar

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TERRANCE LAMAR WILLIAMS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:96-Cr-9-1
- - - - - - - - - -
June 17, 1997

Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Terrance Lamar Williams pleaded guilty to aiding and abetting the possession of cocaine base with intent to distribute. Williams argues on appeal that the Government breached his plea agreement by failing to move for a downward departure at sentencing pursuant to U.S.S.G. § 5K.1.1. We have reviewed the record and the briefs of the parties and find no breach of the plea agreement. <u>United States v. Cerverizzo</u>, 74

———————————

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

F.3d 629, 632 (5th Cir. 1996).

AFFIRMED.